**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **Denise M. Lucks**<br>**Clerk of Court** | **OFFICE OF THE CLERK**<br>www.ned.uscourts.gov | **M. Therese Bollerup**<br>**Chief Deputy Clerk** |

March 24, 2008

U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900



**FILED**

MAR 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

'08 CR 7020 IEG

Re:    Hector Romero Gutierrez
       USDC-NE 8:04cr313

Dear Clerk:

    Pursuant to the transfer order filed in our court on March 18, 2008, the probation/supervision of the above-mentioned individual is transferred to the Southern District of California.

    Enclosed are the following documents along with a certified copy of the docket sheet:

    1.    Certified copy of the Indictment;
    2.    Certified copy of the Judgment & Commitment Order (with conditions
          of supervision); and
    3.    Certified copy of the Transfer of Jurisdiction Order.

    Please acknowledge receipt of these documents at the bottom of this letter as indicated and return it to the Omaha office.  Thank you for your assistance.

                        Sincerely,

                        DENISE M. LUCKS, Clerk

                        By:    s/ Amy Brunswick
                               Deputy Clerk

Enclosures
cc:    Chief Probation Officer - NE (without enclosures)
       Chief Probation Officer - CA (without enclosures)

The above-referenced documents were received by the U.S. District Court for the Southern District of California on _____ by _____.
                        Date                          Signature
Receiving Court's Assigned Case No: _____.

---

111 South 18th Plaza, Suite 1152                      100 Centennial Mall North, Room 593
Omaha, NE 68102-1322                                  Lincoln, NE 68508-3803
(402) 661-7350                                                     (402) 437-5225
Fax: (402) 661-7387                                               Fax: (402) 437-5651
Toll Free: (866) 220-4381                            Toll Free: (866) 220-4379
                                                  proc\forms\probtransout      9/18/06

PROB 22

Docket No. (Transferring Court) <u>8:04CR313</u>
Docket No. (Receiving Court) _____

**TRANSFER OF JURISDICTION**    **'08 CR 7020 IEG**

Name and Address of Probationer/Supervised Releasee:
**Hector Romero Gutierrez**

District: **Nebraska**                              Division: **Omaha**

Name of Sentencing Judge: The Honorable Joseph F. Bataillon
Chief U.S. District Judge

| Dates of Probation/Supervised Release - | From: June 15, 2007 |
| | To:   June 14, 2010 |

Offense:   Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine
21 U.S.C. 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_____1/24/08_____                              _____
Date                                            The Honorable Joseph F. Bataillon
                                                Chief U.S. District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Southern District of California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____2/8/08_____                              _____
Effective Date                                  United States District Judge

I certify this to be a true copy of
the original record in my custody.

OFFICE OF THE CLERK
By_____
                Deputy Clerk

**UNSEALED**
DATE 7/21/04
PER Memo to USAtl.



W X 7/19/04 S _____ NP ___

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

04 JUL 19 PM 3: 51

GARY D. McFARLAND
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR 313 |
| Plaintiff, | ) | **INDICTMENT** |
| v. | ) | (21 U.S.C. § 846 |
| HECTOR ROMERO GUTIERREZ, | ) | 21 U.S.C. § 841(a)(1) |
| JOSE LUIS BRAVO-LOPEZ, | ) | 21 U.S.C. § 841(b)(1) |
| | ) | 21 U.S.C. § 853) |
| Defendants. | ) | |

**JUDGE BATAILLON**
**MAGISTRATE JUDGE GOSSETT**

The Grand Jury charges:

<u>COUNT I</u>

From on or about February, 2003, through July, 2004, in the District of Nebraska and elsewhere, the Defendants, HECTOR ROMERO GUTIERREZ and JOSE LUIS BRAVO-LOPEZ, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

In violation of Title 21, United States Code, Section 846.

<u>COUNT II</u>

On or about July 13, 2004, in the District of Nebraska, the Defendant, JOSE LUIS BRAVO-LOPEZ, did knowingly and intentionally possess with the intent to distribute 500 grams

I certify this to be a true copy of the original record in my custody.

OFFICE OF THE CLERK
By_____
Deputy Clerk

or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

## COUNT III

As a result of the foregoing offenses, the Defendant, JOSE LUIS BRAVO-LOPEZ, shall forfeit to the United States any and all  property constituting or derived from any proceeds said Defendant obtained directly or indirectly as a result of the violations and any and all property used or intended to be used in any manner or part to commit and/or to facilitate the commission of the violations alleged in Counts I and II of this Indictment, including but not limited to the following:

1)    $37,300 in United States currency

In violation of Title 21, United States Code, Section 853.

## FURTHER FACTUAL FINDINGS

A.    During the commission of the conspiracy identified in Count I of the Indictment above, Defendants, HECTOR ROMERO GUTIERREZ and JOSE LUIS BRAVO-LOPEZ, conspired to distribute and possess with the intent to distribute at least 5 kilograms but less than 15 kilograms of methamphetamine, a Schedule II controlled substance.

B.    During the commission of possession with the intent to distribute methamphetamine identified in Count II, Defendant, JOSE LUIS BRAVO-LOPEZ, possessed with the intent to distribute 1.5 kilograms but less than 5 kilograms of methamphetamine, a Schedule II controlled substance.

C.     During the commission of possession with the intent to distribute

methamphetamine identified in Count II, Defendant, JOSE LUIS BRAVO-LOPEZ, possessed a

dangerous weapon.

A TRUE BILL

FOREPERSON

MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska,
pursuant to the rules of this Court.

KIMBERLY C BUNJER
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
**Plaintiff**

v.                                              **Case Number 8:04cr313**

                                                **USM Number 19645-047**

**HECTOR ROMERO GUTIERREZ**
**Defendant**

                                                **Michael T. Levy**

                                                **Defendant's Attorney**

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** pleaded guilty to count I of the Indictment on July 14, 2005.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|
| 21:846 - Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine | July 31, 2004 | I |

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and *Booker/FanFan* decisions.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
October 14, 2005

ECF DOCUMENT
I hereby attest and certify this is a printed
copy of a document which was
electronically filed with the US District
Court for the District of Nebraska.
Date Filed: 10/14/05
OFFICE OF THE CLERK
By
Deputy Clerk

s/ Joseph F. Bataillon
United States District Judge

October 14, 2005

Defendant: HECTOR ROMERO GUTIERREZ                                                Page 2 of 6
Case Number: 8:04cr313

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **thirty (30) months**.

The Court makes the following recommendations to the Bureau of Prisons:

1.    That the defendant participate in the 500-hour Comprehensive Drug Treatment Program or any similar drug treatment program available.

2.    That the defendant be incarcerated in **FPC-Yankton, Yankton, South Dakota, or as close to Omaha, Nebraska as possible.**

3.    Defendant shall be given credit for time served.

      (X)  The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
                                        Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
                                        UNITED STATES WARDEN

                    By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
                                        UNITED STATES WARDEN

                    By:_____

Defendant: HECTOR ROMERO GUTIERREZ
Case Number: 8:04cr313

Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties of risks that may

Defendant: HECTOR ROMERO GUTIERREZ                                                                 Page 4 of 6
Case Number: 8:04cr313

be occasioned by the defendant's criminal record or personal history or characteristics and
shall permit the probation officer to make such notifications and to confirm the defendant's
compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1.      The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant
        to the Public Law 108-405 (Revised DNA Collection Requirements Under the Justice for All Act of
        2004), if such sample was not collected during imprisonment.

2.      The defendant shall be subject to the search of the defendant's premises, vehicle or person, day or
        night, with or without a warrant, at the request of the probation officer to determine the presence of
        alcohol and/or controlled substances, firearms or any other contraband. Any such items found may
        be seized by the probation officer. This condition may be invoked with or without the cooperation of
        law enforcement officers.

3.      The defendant shall attend, pay for and successfully complete any diagnostic evaluations, treatment
        or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled
        substance abuse, as directed by the probation officer.

4.      The defendant shall participate in a victim awareness program as directed by the probation officer.
        Based on the defendant's ability to pay, the defendant shall pay for the costs of the program in an
        amount determined by the probation officer.

5.      The defendant shall provide the probation officer with access to any requested financial information

6.      .The defendant shall comply with all rules and regulations of the Bureau of Immigration and Customs
        Enforcement and, if deported, shall not reenter the United States or reside therein without the
        express, written permission of the Secretary of the United States Department of Homeland Security

7.      Pursuant to 18 U.S.C. § 3583 (d), the defendant shall submit to a drug test within fifteen (15) days
        of release on supervised release and at least two (2) periodic drug tests thereafter to determine
        whether the defendant is using a controlled substance. Further, the defendant shall submit to such
        testing as requested by any probation officer to detect the presence of alcohol or controlled
        substances in the defendant's body fluids and to determine whether the defendant has used any of
        those substances. Based on the defendant's ability to pay, the defendant shall pay for the collection
        of urine samples to be tested for the presence of alcohol and/or controlled substances in an amount
        to be determined by the probation officer.

8.      The defendant shall report to the Supervision Unit of the U.S. Probation Office for the District of
        Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 111 South 18th Plaza, Suite C79, Omaha,
        Nebraska, (402) 661-7555, within seventy-two (72) hours of release from confinement, and,
        thereafter, as directed by the probation officer.

Defendant: HECTOR ROMERO GUTIERREZ                                                      Page 5 of 6
Case Number: 8:04cr313

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | | |

The Court has determined that the defendant does not have the ability to pay interest and it is ordered that:

## FINE

No fine imposed.

## RESTITUTION

No restitution was ordered.

Defendant: HECTOR ROMERO GUTIERREZ                                    Page 6 of 6
Case Number: 8:04cr313

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, the court orders that payment of the total criminal monetary penalties shall be due as follows:

**The defendant shall pay the special assessment in the amount of $100.00 immediately.**

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer or the United States attorney.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall inform the probation officer of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court. In the event a defendant is able to make a full or substantial payment toward the remaining criminal monetary penalty, he or she shall do so immediately.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the criminal monetary penalty.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk

CLOSED, TRIAL-OMAHA

## U.S. District Court
## District of Nebraska (8 Omaha)
## CRIMINAL DOCKET FOR CASE #: 8:04-cr-00313-JFB-FG3 All Defendants
## Internal Use Only

Case title: USA v. Gutierrez et al

Date Filed: 07/19/2004
Date Terminated: 10/31/2005

Assigned to: Chief Judge Joseph F.
Bataillon
Referred to: Magistrate Judge F. A.
Gossett

**Defendant (1)**

**Hector Romero Gutierrez**
*TERMINATED: 10/14/2005*

represented by **Michael T. Levy**
LEVY LAW OFFICE
P.O. Box 6309
Omaha, NE 68106
(402) 556-0200
Fax: (402) 556-0233
Email: levylegal@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846 - CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE
(1)

**Disposition**

Defendant plead guilty to count I of the
Indictment and is sentenced to 30
months in the Bureau of Prisons
followed by 3 years of supervised
release; $100 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

I certify this to be a true copy of
the original record in my custody.

OFFICE OF THE CLERK

By_____
Deputy Clerk

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Joseph F.
Bataillon
Referred to: Magistrate Judge F. A.
Gossett

## Defendant (2)

| | | |
|---|---|---|
| **Jose Luis Bravo-Lopez**<br>*TERMINATED: 10/31/2005*<br>*also known as*<br>Armando Zarco-Contreras<br>*TERMINATED: 10/31/2005* | represented by | **Karen M. Shanahan**<br>FEDERAL PUBLIC DEFENDER'S<br>OFFICE - OMAHA<br>One Central Park Plaza<br>222 South 15th Street<br>Suite 300N<br>Omaha, NE 68102<br>(402) 221-7896<br>Fax: (402) 221-7884<br>Email: karen_shanahan@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**Nicholas F. Reyes**<br>1107 R Street<br>Fresno, CA 93721<br>(559) 486-4500<br>Fax: (559) 486-4533<br>Email: reyesf@earthlink.net<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 - CONSPIRACY TO<br>DISTRIBUTE CONTROLLED<br>SUBSTANCE<br>(1) | Defendant pleaded guilty to Counts I<br>and III of the Indictment and is<br>committed to the custody of the Bureau<br>of Prisons for a term of 87 months; 5<br>years supervised release with special<br>conditions; $100.00 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1) - | Count II of the Indictment is dismissed |

CONTROLLED SUBSTANCE -
SELL, DISTRIBUTE, OR DISPENSE
(2)


21:853 - CRIMINAL FORFEITURES
(3)

on the motion of the United States as to
this defendant only

Defendant pleaded guilty to Counts I
and III of the Indictment and is
committed to the custody of the Bureau
of Prisons for a term of 87 months; 5
years supervised release with special
conditions; $100.00 special assessment

**Highest Offense Level (Terminated)**
Felony

**Complaints**
None

**Disposition**

---

**Plaintiff**
USA

represented by **Kimberly C. Bunjer**
ASSISTANT UNITED STATES
ATTORNEY - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700
Fax: (402) 661-3080
Email: kim.bunjer@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2004 | ● | Remark - Public: This case filed under seal on 7/19/04 and unsealed on 7/21/04 per Memorandum to unseal as to defendant Hector Romero Gutierrez and Jose Luis Bravo-Lopez (KBJ) (Entered: 07/21/2004) |
| 07/19/2004 | ● 1 | INDICTMENT as to defendants Hector Romero Gutierrez and Jose Luis Bravo-Lopez. (KBJ) (Entered: 07/21/2004) |
| 07/19/2004 | ●2 | TWO CRIMINAL COVER SHEET as to defendants Hector Romero Gutierrez and Jose Luis Bravo-Lopez (KBJ) (Entered: 07/21/2004) |
| 07/19/2004 | | (Court only) *** TWO ARREST WARRANTS ISSUED as to defendants Hector Romero Gutierrez and Jose Luis Bravo-Lopez. Signed by Deputy Clerk on 7/19/2004. (KBJ) (Entered: 07/21/2004) |
| 07/21/2004 | ●3 | NOTICE (MEMORANDUM) TO UNSEAL CASE as to defendants Hector Romero Gutierrez and Jose Luis Bravo-Lopez. (KBJ) (Entered: 07/21/2004) |

| 07/21/2004 | 4 | NOTICE OF ATTORNEY APPEARANCE by Attorney Karen M. Shanahan as to defendant(s) Jose Luis Bravo-Lopez. (Shanahan, Karen) (Entered: 07/21/2004) |
| 07/21/2004 | 5 | ARREST WARRANT RETURNED EXECUTED on 7/21/04 as to defendant Jose Luis Bravo-Lopez. (KBJ) (Entered: 07/21/2004) |
| 07/21/2004 | | (Court only) ***Arrest on 7/21/04 as to defendant Jose Luis Bravo-Lopez (KBJ) (Entered: 07/21/2004) |
| 07/21/2004 | 6 | ARREST WARRANT RETURNED EXECUTED on 7/21/04 as to defendant Hector Romero Gutierrez. (KBJ) (Entered: 07/21/2004) |
| 07/21/2004 | | (Court only) ***Arrest on 7/21/04 as to defendant Hector Romero Gutierrez (KBJ) (Entered: 07/21/2004) |
| 07/21/2004 | 7 | ORDER APPOINTING COUNSEL - Michael T. Levy appointed as counsel for the defendant Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 7/21/2004. (MLF, ) (Entered: 07/22/2004) |
| 07/21/2004 | 8 | Minute Entry for proceedings held before Magistrate Judge F. A. Gossett as to defendant Hector Romero Gutierrez. Initial Appearance/Arraignment on Count 1 held on 7/21/2004 - plea of not guilty entered. Excludable started. Government's oral motion for detention pending. Detention Hearing set for 7/23/2004 at 9:45 AM before Magistrate Judge F. A. Gossett. Defendant remanded to custody of US Marshal.(Court Reporter digital recorder)(Interpreter - no,) (MLF, ) (Entered: 07/22/2004) |
| 07/21/2004 | 9 | ORDER FOR PROGRESSION OF A CRIMINAL CASE - pretrial motions due 8/10/04 - discovery due 7/28/04 - as to defendant Hector Romero Gutierrez. Jury Trial set for 9/13/2004 at 9:00 AM before Judge Joseph F. Bataillon. Signed by Magistrate Judge F. A. Gossett on 7/21/2004. (MLF, ) (Entered: 07/22/2004) |
| 07/21/2004 | 10 | Minute Entry for proceedings held on 7/21/2004 before Magistrate Judge F. A. Gossett as to defendant Jose Luis Bravo-Lopez. Defendant's oral motion to continue initial appearance/arraignment/detention - GRANTED. Government's oral motion for detention is pending. Initial Appearance/Arraignment/Detention Hearing set for 7/29/2004 at 2:30 PM before Magistrate Judge F. A. Gossett. Defendant remanded to custody of US Marshal.(Court Reporter digital recorder)(Interpreter - Irene Tomassini, Remote,) (MLF, ) (Entered: 07/22/2004) |
| 07/21/2004 | | (Court only) ***Excludable started as to defendant Jose Luis Bravo-Lopez. (MLF, ) (Entered: 07/22/2004) |
| 07/23/2004 | 11 | Minute Entry for proceedings held before Magistrate Judge F. A. Gossett as to defendant Hector Romero Gutierrez. Detention Hearing held on 7/23/2004. Government's oral motion for detention denied. Defendant released on bond. (Court Reporter digital recorder) (MLF, ) (Entered: 07/23/2004) |

| | | |
|---|---|---|
| 07/23/2004 | ●12 | ORDER SETTING CONDITIONS OF RELEASE as to defendant Hector Romero Gutierrez . Signed by Magistrate Judge F. A. Gossett on 7/23/2004. (KBJ) (Entered: 07/23/2004) |
| 07/29/2004 | ●13 | APPLICATION/ORDER admitting pro hac vice Attorney Nicholas F. Reyes as to defendant Jose Luis Bravo-Lopez . Signed by Deputy Clerk on 7/29/2004. (DKM, ) (Entered: 07/29/2004) |
| 07/29/2004 | ●14 | Minute Entry for proceedings held before Magistrate Judge F. A. Gossett as to defendant Jose Luis Bravo-Lopez. Initial Appearance/Arraignment on Counts 1, 2 and 3 held on 7/29/2004 - plea of not guilty entered. Defendant's oral motion to include alias name-Armando Zarco-Contreras - granted. Detention Hearing held on 7/29/2004. Government's oral motion for detention granted. Defendant remanded to custody of US Marshal. Written order forthcoming. (Court Reporter digital recorder) (Interpreter - Margarita Lloyd, Remote,) (MLF, ) (Entered: 07/29/2004) |
| 07/29/2004 | ●15 | ORDER FOR PROGRESSION OF A CRIMINAL CASE - pretrial motions due 8/18/04 - discovery due 8/5/04 - as to defendants Hector Romero Gutierrez and Jose Luis Bravo-Lopez. Jury Trial set for 9/20/2004 at 9:00 AM before Judge Joseph F. Bataillon. Signed by Magistrate Judge F. A. Gossett on 7/29/2004. (MLF, ) (Entered: 07/29/2004) |
| 07/30/2004 | ●16 | ORDER of Detention pending trial as to Jose Luis Bravo-Lopez as to defendant Jose Luis Bravo-Lopez . Signed by Magistrate Judge F. A. Gossett on 7/30/2004. (JAE, ) (Entered: 07/30/2004) |
| 08/02/2004 | ●17 | MOTION to Suppress *Statement* by Attorney Michael T. Levy as to defendant(s) Hector Romero Gutierrez. (Levy, Michael) (Entered: 08/02/2004) |
| 08/02/2004 | ●18 | BRIEF *In Support of Mmtion to Suppress* by Attorney Michael T. Levy as to defendant(s) Hector Romero Gutierrez (Levy, Michael) (Entered: 08/02/2004) |
| 08/04/2004 | ●19 | WITHDRAWN - ORDER regarding MOTION to Suppress Statement 17 as to defendant Hector Romero Gutierrez. Motion Hearing set for 9/15/2004 at 9:00 AM before Magistrate Judge F. A. Gossett. Signed by Magistrate Judge F. A. Gossett on 8/4/2004. (MLF, ) Modified on 8/9/2004 to add "withdrawn" language per Order 21 .(JAR) (Entered: 08/05/2004) |
| 08/06/2004 | ●20 | ORDER that the following motion is referred to Magistrate Judge DavidL. Piester for findings and recommendations: MOTION to Suppress *Statement* 17 as to defendant Hector Romero Gutierrez . Signed by Judge Joseph F. Bataillon on 8/6/2004. (KBJ) (Entered: 08/06/2004) |
| 08/09/2004 | ●21 | ORDER regarding Order for Hearing 19 : Previous order setting this matter for evidentiary hearing is withdrawn. Matter reassigned to Magistrate Judge David L. Piester. Evidentiary Hearing on Motion to Suppress 17 is set for 9/15/2004 01:30 PM in Courtroom 6 (Omaha) before Magistrate Judge David L. Piester. Trial of this case as it pertains |

| | | |
|---|---|---|
| | | to ALL defendants is continued pending resolution of outstanding motions. Signed by Magistrate Judge David L. Piester on 8/9/2004. (JAR) Modified on 8/20/2004 to reflect that ONLY the Motion to Suppress is assigned to Magistrate Judge Piester. All other matters are still assigned to Magistrate Judge Gossett.(JAR) (Entered: 08/09/2004) |
| 08/09/2004 | | (Court only) *** MOTION to Suppress *Statement* 17 REFERRED to Judge David L. Piester as to defendant Hector Romero Gutierrez. (JAR) (Entered: 08/20/2004) |
| 08/18/2004 | ●22 | MOTION to Continue *Extension of Time to File Motions* by Attorney Nicholas F. Reyes as to defendant(s) Jose Luis Bravo-Lopez. (Reyes, Nicholas) (Entered: 08/18/2004) |
| 08/18/2004 | ●23 | MOTION to Continue *Request for Reservation of Motions* by Attorney Nicholas F. Reyes as to defendant(s) Jose Luis Bravo-Lopez. (Reyes, Nicholas) (Entered: 08/18/2004) |
| 08/20/2004 | | (Court only) ***Case Reassigned back to Judge F. A. Gossett. Judge David L. Piester only assigned to the case to hear Motion to Suppress 17 filed by defendant Hector Romero Gutierrez. (JAR) (Entered: 08/20/2004) |
| 08/20/2004 | | (Court only) *** MOTION to Continue *Request for Reservation of Motions* 23 , MOTION to Continue *Extension of Time to File Motions* 22 REFERRED to Judge F.A. Gossett. as to defendant Jose Luis Bravo-Lopez (JAR) (Entered: 08/20/2004) |
| 08/20/2004 | ● | NOTICE of Docket Text Modification by Deputy Clerk regarding Order 21 . Modified on 8/20/2004 to reflect that ONLY the Motion to Suppress 17] is assigned to Magistrate Judge Piester. All other matters are still assigned to Magistrate Judge Gossett. (JAR) (Entered: 08/20/2004) |
| 08/23/2004 | ●24 | ORDER granting 22 Motion to Continue as to Jose Luis Bravo-Lopez (2); granting 23 Motion to Continue as to Jose Luis Bravo-Lopez (2). The deadline for filing pretrial motions is extended to 8/25/2004. The time between 8/18/2004 and 8/25/2004, shall be deemed excludable under the Speedy Trial Act. Signed by Magistrate Judge F. A. Gossett on 8/23/2004. (CLS, ) (Entered: 08/23/2004) |
| 08/25/2004 | ●25 | MOTION for Disclosure of Confidential Informant by Attorney Nicholas F. Reyes as to defendant(s) Jose Luis Bravo-Lopez. (Reyes, Nicholas) (Entered: 08/25/2004) |
| 08/25/2004 | ●26 | MOTION to Review */order finding case unusual and complex* by Attorney Nicholas F. Reyes as to defendant(s) Jose Luis Bravo-Lopez. (Reyes, Nicholas) (Entered: 08/25/2004) |
| 08/25/2004 | ●27 | MOTION to Suppress */TRAVERSE AFFIDAVIT IN SUPPORT OF WARRANT* by Attorney Nicholas F. Reyes as to defendant(s) Jose Luis Bravo-Lopez. (Attachments: # 1 Exhibit EXHIBIT "A" - SEARCH WARRANT# 2 Exhibit EXHIBIT "B" - SEARCH WARRANT RETURN/INVENTORY)(Reyes, Nicholas) (Entered: 08/25/2004) |
| | | |

| | | |
|---|---|---|
| 08/30/2004 | ⊕28 | ORDER regarding MOTION to Review order finding case unusual and complex 26 , MOTION to Suppress TRAVERSE AFFIDAVIT IN SUPPORT OF WARRANT 27 ,MOTION for Disclosure of Confidential Informant 25 as to defendant Jose Luis Bravo-Lopez. Motions set for hearing on 10/20/2004 09:00 AM in Courtroom 6 (Omaha) before Magistrate Judge F. A. Gossett. Signed by Magistrate Judge F. A. Gossett on 8/30/2004. (ARL,) (Entered: 08/30/2004) |
| 09/21/2004 | ⊕29 | BRIEF *Memorandum Brief in Opposition to Defense Motion to Suppress Evidence* by Attorney Kimberly C. Bunjer as to defendant(s) Jose Luis Bravo-Lopez (Bunjer, Kimberly) (Entered: 09/21/2004) |
| 09/23/2004 | ⊕30 | ORDER that the following motion is referred to Magistrate Judge F.A.Gossett for findings and recommendations:Filing No. 17 - Motion to Suppress Statement as to defendant Hector Romero Gutierrez . Signed by Judge Joseph F. Bataillon on 9/23/2004. (DKM, ) (Entered: 09/23/2004) |
| 09/24/2004 | ⊕ | ORAL MOTION to Continue Evidentiary Hearing by Attorney Michael T. Levy as to defendant Hector Romero Gutierrez. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY (MLF, ) (Entered: 09/24/2004) |
| 09/24/2004 | ⊕31 | ORDER granting Oral Motion to Continue Motion to Suppress Statement 17 . Hearing rescheduled to November 23, 2004 at 9:00 a.m. before Magistrate Judge F.A. Gossett as to Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 9/24/2004. (MLF, ) (Entered: 09/24/2004) |
| 09/24/2004 | | (Court only) Set/Reset Deadlines MOTION to Suppress Statement 17 as to defendant Hector Romero Gutierrez. Motion Hearing set for 11/23/2004 at 9:00 AM before Magistrate Judge F. A. Gossett. (MLF, ) (Entered: 09/24/2004) |
| 10/08/2004 | ⊕32 | ORDER regarding Motion for Disclosure of Confidential Informant 25 , Notice of Motion and Motion, Memorandum of Points and Authorities for an Order Finding Case Unusual and Complex 26 , and Notice of Motion to Traverse Affidavit in Support of Warrant and to Suppress Evidence 27 as to defendant Jose Luis Bravo-Lopez. On the court's own motion, the hearing continued to 11/10/2004 at 9:00 AM before Magistrate Judge F. A. Gossett. Signed by Magistrate Judge F. A. Gossett on 10/8/2004. (MLF, ) (Entered: 10/08/2004) |
| 11/05/2004 | | (Court only) ***Terminate 9/15/2004 evidentiary and 9/20/2004 jury trial hearings as to defendant Hector Romero Gutierrez and Jose Luis Bravo-Lopez. (KMG) (Entered: 11/05/2004) |
| 11/08/2004 | ⊕33 | MOTION to Continue by Attorney Nicholas F. Reyes as to defendant(s) Jose Luis Bravo-Lopez. (Reyes, Nicholas) (Entered: 11/08/2004) |
| 11/08/2004 | ⊕34 | MOTION to Continue *Declaration of Nicholas F. Reyes* by Attorney Nicholas F. Reyes as to defendant(s) Jose Luis Bravo-Lopez. (Reyes, Nicholas) (Entered: 11/08/2004) |
| | | |

| 11/09/2004 | | (Court only) ***Terminate Motion 34 ; wrong event used, document is a declaration as to defendant(s) Jose Luis Bravo-Lopez (TJS, ) (Entered: 11/09/2004) |
| --- | --- | --- |
| 11/09/2004 | ●35 | ORDER granting 33 Motion to Continue as to Jose Luis Bravo-Lopez. The evidentiary hearing on the Motion for Disclosure of Confidential Informant 25 , Notice of Motion and Motion, Memorandum of Points and Authorities for an Order Finding Case Unusual and Complex 26 and Notice of Motion to Traverse Affidavit in Support of Warrant and to Suppress Evidence 27 filed by the defendant is rescheduled to Tuesday, November 30, 2004 at 9:00 a.m. before Magistrate Judge F. A. Gossett. Signed by Magistrate Judge F. A. Gossett on 11/9/2004. (MLF, ) (Entered: 11/09/2004) |
| 11/09/2004 | | (Court only) Set/Reset Deadlines MOTION to Review order finding case unusual and complex 26 , MOTION to Suppress /TRAVERSE AFFIDAVIT IN SUPPORT OF WARRANT 27 , MOTION for Disclosure of Confidential Informant 25 as to defendant Jose Luis Bravo-Lopez. Motion Hearing set for 11/30/2004 at 9:00 AM before Magistrate Judge F. A. Gossett. (MLF, ) (Entered: 11/09/2004) |
| 11/17/2004 | ●36 | MOTION to Continue by Attorney Kimberly C. Bunjer as to defendant (s) Jose Luis Bravo-Lopez. (Bunjer, Kimberly) (Entered: 11/17/2004) |
| 11/19/2004 | ●37 | ORDER granting 36 Motion to Continue as to Jose Luis Bravo-Lopez. The Motion for Disclosure of Confidential Informant [#25], Notice of Motion and Motion, Memorandum of Points and Authorities for an Order Finding Case Unusual and Complex [#26] and Notice of Motion to Traverse Affidavit in Support of Warrant and to Suppress Evidence [#27] are rescheduled for hearing on Friday, January 7, 2005 at 9:00 a.m. before Magistrate Judge F. A. Gossett. Signed by Magistrate Judge F. A. Gossett on 11/19/2004. (MLF, ) (Entered: 11/19/2004) |
| 11/19/2004 | | (Court only) Set/Reset Deadlines MOTION to Review order finding case unusual and complex 26 , MOTION to Suppress TRAVERSE AFFIDAVIT IN SUPPORT OF WARRANT 27 and MOTION for Disclosure of Confidential Informant 25 as to defendant Jose Luis Bravo-Lopez. Motion Hearing set for 1/7/2005 at 9:00 AM before Magistrate Judge F. A. Gossett. (MLF, ) (Entered: 11/19/2004) |
| 11/23/2004 | ●38 | EXHIBIT LIST from hearing held on 11/23/04 as to defendant Hector Romero Gutierrez. (MLF, ) (Entered: 11/23/2004) |
| 11/23/2004 | ●39 | WITNESS LIST from hearing held on 11/23/04 as to defendant Hector Romero Gutierrez. (MLF, ) (Entered: 11/23/2004) |
| 11/23/2004 | ●40 | Minute Entry for proceedings held before Magistrate Judge F. A. Gossett as to defendant Hector Romero Gutierrez. Motion Hearing held on 11/23/2004 regarding MOTION to Suppress Statement 17 . Evidence by Plaintiff/Defendant. Defendant's request to file pretrial motions out of time granted. Pretrial motions to be filed on or before 12/6/04. Defendant's brief due 10 days following receipt of transcript. Government's brief due 10 days following receipt of defendant's brief. |

| | | Transcript ordered. Matter deemed submitted upon receipt of government's brief. Report and recommendation to be issued. Hearing held in Omaha. Courtroom Deputy: Marian Frahm. Reporter: Digital Recorder. Interpreter: no; Appearance for Plaintiff: Kimberly C. Bunjer; For Defendant: Michael T. Levy, CJA. Start time: 9:19 a.m. Stop time: 10:08 a.m. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 11/23/2004) |
|---|---|---|
| 11/27/2004 | 🌑41 | MOTION to Suppress *Evidence - Residence and Motor Vehicle Searches* by Attorney Michael T. Levy as to defendant(s) Hector Romero Gutierrez. (Levy, Michael) (Entered: 11/27/2004) |
| 11/27/2004 | 🌑42 | STRICKEN - BRIEF In Suppot of *Motion to Suppress Evidence - Searches of Residence and Motor Vehicle* by Attorney Michael T. Levy as to defendant(s) Hector Romero Gutierrez (Levy, Michael) Stricken on 12/1/2004 per order 46 as an incomplete PDF document is attached (JSF). (Entered: 11/27/2004) |
| 11/27/2004 | 🌑43 | AFFIDAVIT *Waiver of Speedy Trial* by Attorney Michael T. Levy as to defendant(s) Hector Romero Gutierrez (Levy, Michael) (Entered: 11/27/2004) |
| 11/29/2004 | 🌑44 | ORDER regarding MOTION to Suppress Evidence 41 as to defendant Hector Romero Gutierrez. Motion Hearing set for 1/7/2005 at 9:00 AM before Magistrate Judge F. A. Gossett. Signed by Magistrate Judge F. A. Gossett on 11/29/2004. (MLF, ) (Entered: 11/29/2004) |
| 11/29/2004 | 🌑45 | BRIEF In Support of *Motion to Suppress Residence and Motor Vehicle Searches* by Attorney Michael T. Levy as to defendant(s) Hector Romero Gutierrez (Levy, Michael) (Entered: 11/29/2004) |
| 11/30/2004 | 🌑46 | ORDER striking Brief 42 from the record as an incomplete PDF document is attached as to defendant Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 11/30/2004. (JSF) (Entered: 12/01/2004) |
| 12/09/2004 | 🌑47 | TRANSCRIPT of Proceedings before Magistrate Judge Gossett, held on 11-23-04 regarding Motion to Suppress. Transcriber: Karen Mason; Total Number of Billable Pages: 39. Total Number of Pages: 40. To purchase a copy of this transcript, please contact Karen Mason at karenmason1@cox.net or 397-5419 as to defendant Hector Romero Gutierrez. A party must file a Notice of Intent to Request Redaction within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Mason, Karen) Modified on 12/22/2004 by removing the word unredacted as a Notice of Intent to Request Redaction was not filed (JAE, ). (Entered: 12/09/2004) |
| 12/22/2004 | 🌑 | NOTICE of Docket Text Modification by Deputy Clerk regarding Transcript 47 of Proceedings before Magistrate Judge Gossett, held on 11-23-04 regarding Motion to Suppress. Transcriber: Karen Mason; Total Number of Billable Pages: 39. Total Number of Pages: 40. To purchase a copy of this transcript, please contact Karen Mason at |

| | | |
|---|---|---|
| | | karenmason1@cox.net or 397-5419 as to defendant Hector Romero Gutierrez. A party must file a Notice of Intent to Request Redaction within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Mason, Karen) Modified on 12/22/2004 by removing the word unredacted as a Notice of Intent to Request Redaction was not filed (JAE, ) (Entered: 12/22/2004) |
| 12/22/2004 | | (Court only) ***Terminating Redaction Notice Deadline as to defendant Hector Romero Gutierrez (JAE, ) (Entered: 12/22/2004) |
| 12/30/2004 | ◐48 | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE - warrant issued as to defendant Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 12/30/2004. (KBJ) Modified on 1/7/2005; unsealed on 01/07/05 per arrest of defendant (DKM, ). (Entered: 12/30/2004) |
| 12/30/2004 | | (Court only) *** ARREST WARRANT ISSUED as to defendant(s) Hector Romero Gutierrez. Signed by Deputy Clerk on 12/30/2004. (DKM, ) (Entered: 01/07/2005) |
| 01/04/2005 | | (Court only) ***Arrest on 01/04/05 as to defendant(s) Hector Romero Gutierrez (DKM, ) (Entered: 01/07/2005) |
| 01/07/2005 | ◐49 | EXHIBIT LIST from hearing held on 1/7/05 as to defendant Jose Luis Bravo-Lopez. (MLF, ) (Entered: 01/07/2005) |
| 01/07/2005 | ◐50 | Minute Entry for proceedings held before Magistrate Judge F. A. Gossett as to defendant Jose Luis Bravo-Lopez regarding Motion for Disclosure of Confidential Informant 25 and Motion to Review /order finding case unusual and complex 26 . Upon request of the defendant, no hearing held on Motion to Suppress 27 . The hearing to be set by further order of the court. The court denies Motion to Review 26 as to Jose Luis Bravo-Lopez for reasons set out on the record. Evidence by Plaintiff. Matter of Motion for Disclosure 25 taken under advisement. Written order forthcoming. Hearing held in Omaha. Courtroom Deputy: Marian Frahm. Reporter: Digital Recorder. Interpreter: Chandler Thompson, Remote; Appearance for Plaintiff: Kimberly C. Bunjer; For Defendant: Nicholas F. Reyes, Retained. Time Start: 10:05 a.m. Time Stop: 10:38 a.m. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 01/07/2005) |
| 01/07/2005 | ◐51 | EXHIBIT LIST from hearing held on 1/7/05 as to defendant Hector Romero Gutierrez. (MLF, ) (Entered: 01/07/2005) |
| 01/07/2005 | ◐52 | WITNESS LIST from hearing held on 1/7/05 as to defendant Hector Romero Gutierrez. (MLF, ) (Entered: 01/07/2005) |
| 01/07/2005 | ◐53 | ARREST WARRANT RETURNED EXECUTED on 01/04/05 as to defendant Hector Romero Gutierrez. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. (DKM, ) (Entered: 01/07/2005) |

| 01/07/2005 | ●54 | Minute Entry for proceedings held before Magistrate Judge F. A. Gossett as to defendant Hector Romero Gutierrez. Bond Hearing RE: PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE 48 . Defendant admits allegations. Petition for Action on Conditions of Pretrial Release is granted. Defendant waives speedy trial time on record for duration of stay at treatment center. Defendant's oral motion to join co-defendant's Motion to Reveal Confidential Informant 25 - granted. Motion Hearing held on 1/7/2005 regarding MOTION to Suppress Evidence - Residence and Motor Vehicle Searches 41 . Evidence by Plaintiff. Transcript ordered; matter deemed submitted upon receipt of transcript; report and recommendation tobe issued. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the Court. Hearing held in Omaha. Courtroom Deputy: Marian Frahm. Reporter: Digital Recorder. Interpreter: no; Appearance for Plaintiff: Kimberly C. Bunjer; For Defendant: Michael T. Levy, CJA. Time Start: 10:46 a.m. Time Stop: 11:23 a.m. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 01/07/2005) |
| 01/07/2005 | ●55 | ORDER granting 48 Petition regarding Conditions of Pretrial Release; The July 23, 2004 Order Setting Conditions of Release is hereby revoked; Defendant is committed to the custody of the Attorney General or his designatedrepresentative for confinement in a correctional facility separate, to the extent practicable,from persons awaiting or serving sentence or being held in custody pending appeal.Defendant shall be afforded a reasonable opportunity for private consultation with defensecounsel. On order of the Court of the United States or on the request of an attorney for theGovernment, the person in charge of the correctional facility shall deliver Defendant to theUnited States Marshal for purpose of an appearance in connection with a court proceeding as to Hector Romero Gutierrez (1) Signed by Magistrate Judge F. A. Gossett on 1/7/2005. 1 cert to USM (MKR, ) (Entered: 01/07/2005) |
| 01/07/2005 | | (Court only) ***Reopen Document MOTION to Review order finding case unusual and complex 26 as to defendant Jose Luis Bravo-Lopez (JSF) (Entered: 02/01/2005) |
| 01/19/2005 | ●56 | ORDER granting 25 Motion for Disclosure as to Jose Luis Bravo-Lopez (2) and Hector Romero Gutierrez (1). The government shall, on or before 2/10/2005, disclose to the defendants the name of both the confidential informant #98-04 and the incarcerated source. Signed by Magistrate Judge F. A. Gossett on 1/19/2005. (CLS, ) (Entered: 01/19/2005) |
| 01/24/2005 | ●57 | *SEALED* SEALED MOTION by Attorney Kimberly C. Bunjer as to defendant Hector Romero Gutierrez. (JSF) (Entered: 01/25/2005) |
| 01/24/2005 | ●58 | *SEALED* ORDER granting 57 Motion as to Hector Romero Gutierrez (1). Signed by Magistrate Judge F. A. Gossett on 1/24/2005. (JSF) (Entered: 01/25/2005) |
| 01/28/2005 | ●59 | TRANSCRIPT of Proceedings before Magistrate Judge Gossett, held on 01-07-05 regarding Bond hearing and Motion to Suppress. Transcriber: |

| | | |
|---|---|---|
| | | Karen Mason; Total Number of Billable Pages: 30. Total Number of Pages: 31. To purchase a copy of this transcript, please contact Karen Mason at karenmason1@cox.net or 397-5419 as to defendant Hector Romero Gutierrez. A party must file a Notice of Intent to Request Redaction within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Mason, Karen) Modified on 2/11/2005 by removing the word unredacted as a Notice of Intent to Request Redaction was not filed. (JAE, ). (Entered: 01/28/2005) |
| 01/28/2005 | ❶60 | TRANSCRIPT of Proceedings before Magistrate Judge Gossett, held on 01-07-05 regarding Motion to Review; for Disclosure. Transcriber: Karen Mason; Total Number of Billable Pages: 19. Total Number of Pages: 20. To purchase a copy of this transcript, please contact Karen Mason at karenmason1@cox.net or 397-5419 as to defendant Jose Luis Bravo-Lopez. A party must file a Notice of Intent to Request Redaction within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Mason, Karen) Modified on 2/11/2005 by removing the word unredacted as a Notice of Intent to Request Redaction was not filed.(JAE, ). (Entered: 01/28/2005) |
| 01/28/2005 | ❶61 | APPEAL FROM MAGISTRATE JUDGE'S ORDER by Attorney Kimberly C. Bunjeras to defendant(s) Hector Romero Gutierrez, Jose Luis Bravo-Lopez (Bunjer, Kimberly) (Entered: 01/28/2005) |
| 02/01/2005 | ❶62 | REPORT, RECOMMENDATION AND ORDER that the motion to find the case unusual and complex 26 be denied as to defendant Jose Luis Bravo-Lopez. Any objection shall be filed within 10 days after the transcript is available. Signed by Magistrate Judge F. A. Gossett on 2/1/2005. (JSF) (Entered: 02/01/2005) |
| 02/01/2005 | ❶63 | ORDER as to defendant Hector Romero Gutierrez. Bond Hearing set for 2/3/2005 at 9:00 AM before Magistrate Judge F. A. Gossett. Signed by Magistrat Judge F. A. Gossett on 2/1/2005. (MLF, ) (Entered: 02/01/2005) |
| 02/03/2005 | ❶64 | Minute Entry for proceedings held on 2/3/05 before Magistrate Judge F. A. Gossett as to defendant Hector Romero Gutierrez. Bond Hearing held. Defendant to be released on bond on 02/07/05. Defendant remanded to custody of U.S. Marshal pending release to treatment. Appearance for Plaintiff: Kimberly C. Bunjer; Defendant: Michael T. Levy; Interpreter: no; Courtroom Deputy: Marian Lea Frahm; Court Reporter: Digital Recorder; Time Commenced: 9:00 a.m.; Time Concluded: 9:07 a.m.; Time in Court: 7 minutes. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 02/03/2005) |
| 02/03/2005 | ❶65 | ORDER SETTING CONDITIONS OF RELEASE. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO C OUNSEL OF RECORD AND THE COURT. as to defendant Hector Romero Gutierrez. |

| | | |
|---|---|---|
| | | Signed by Magistrate Judge F. A. Gossett on 2/3/2005. (MKR, ) (Entered: 02/03/2005) |
| 02/11/2005 | | (Court only) ***Terminating Redacted Transcript Deadline, as to defendants Hector Romero Gutierrez, Jose Luis Bravo-Lopez (JAE, ) (Entered: 02/11/2005) |
| 02/11/2005 | ❾ | NOTICE of Docket Text Modification by Deputy Clerk regarding Transcript 59 60 of Proceedings before Magistrate Judge Gossett, held on 01-07-05 regarding Bond hearing and Motion to Suppress. Transcriber: Karen Mason; Total Number of Billable Pages: 30. Total Number of Pages: 31. To purchase a copy of this transcript, please contact Karen Mason at karenmason1@cox.net or 397-5419 as to defendant Hector Romero Gutierrez. A party must file a Notice of Intent to Request Redaction within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Mason, Karen) Modified on 2/11/2005 by removing the word unredacted as a Notice of Intent to Request Redaction was not filed. (JAE, ) (Entered: 02/11/2005) |
| 02/15/2005 | ❾66 | MEMORANDUM AND ORDER granting 61 Government's Appeal from Magistrate Judge's Order 56 ; denying 25 Defendants' Motion for Disclosure as to Hector Romero Gutierrez (1), Jose Luis Bravo-Lopez (2). Signed by Judge Joseph F. Bataillon on 2/15/2005. (SMS, ) (Entered: 02/15/2005) |
| 02/28/2005 | ❾67 | REPORT AND RECOMMENDATION that MOTION to Suppress *Statement* 17 be denied as to defendant(s) Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 2/28/2005. (CLS, ) (Entered: 02/28/2005) |
| 02/28/2005 | ❾68 | REPORT AND RECOMMENDATION that MOTION to Suppress *Evidence - Residence and Motor Vehicle Searches* 41 be denied as to defendant(s) Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 2/28/2005. (CLS, ) (Entered: 02/28/2005) |
| 03/16/2005 | ❾69 | CONSENT AND ORDER regarding modifying conditions of release 65 . ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. A CCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT as to defendant Hector Romero Gutierrez. Signed by Judge F. A. Gossett on 3/16/2005. (ETC) (Entered: 03/16/2005) |
| 03/21/2005 | ❾70 | ORDER denying 26 Motion to Find Case Unusual and Complex; adopting 62 Magistrate's Report and Recommendation as to Jose Luis Bravo-Lopez (2). Signed by Judge Joseph F. Bataillon on 3/21/2005. (SMS, ) (Entered: 03/21/2005) |
| 03/23/2005 | ❾71 | ORDER regarding Notice of Motion to Traverse Affidavit in Support of Warrant and to Suppress Evidence [#27] filed by the defendant Jose Luis Bravo-Lopez. Motion set for hearing on April 22, 2005 at 9:00 a.m. before Judge F.A. Gossett. Signed by Magistrate Judge F. A. Gossett on 3/23/2005. (MLF, ) (Entered: 03/23/2005) |

| 03/23/2005 | | (Court only) Set/Reset Deadlines MOTION to Suppress TRAVERSE AFFIDAVIT IN SUPPORT OF WARRANT 27 as to defendant Jose Luis Bravo-Lopez. Motion Hearing set for 4/22/2005 at 9:00 AM before Magistrate Judge F. A. Gossett. (MLF, ) (Entered: 03/23/2005) |
|---|---|---|
| 03/28/2005 | ❂72 | ORDER adopting 67 & 68 Magistrate's Reports and Recommendations; denying 41 & 17 Motions to Suppress as to Hector Romero Gutierrez (1). Signed by Judge Joseph F. Bataillon on 3/28/2005. (SMS, ) (Entered: 03/28/2005) |
| 04/19/2005 | ❂73 | MOTION to Continue by Attorney Nicholas F. Reyes as to defendant(s) Jose Luis Bravo-Lopez. (Attachments: # 1 Affidavit Declaration of Nicholas F. Reyes)(Reyes, Nicholas) (Entered: 04/19/2005) |
| 04/21/2005 | ❂74 | ORDER granting 73 Motion to Continue as to Jose Luis Bravo-Lopez. The evidentiary hearing on the Notice of Motion to Traverse Affidavit in Support of Warrant and to Suppress Evidence [#27] is rescheduled to May 27, 2005 at 9:30 a.m. before Magistrate Judge F.A. Gossett. Signed by Magistrate Judge F. A. Gossett on 4/21/2005. (MLF, ) (Entered: 04/21/2005) |
| 04/21/2005 | | (Court only) Set/Reset Deadlines MOTION to Suppress TRAVERSE AFFIDAVIT IN SUPPORT OF WARRANT 27 as to defendant Jose Luis Bravo-Lopez. Motion Hearing set for 5/27/2005 at 9:30 AM before Magistrate Judge F. A. Gossett. (MLF, ) (Entered: 04/21/2005) |
| 04/21/2005 | ❂75 | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE - (Filed under seal on 4/21/05 and unsealed on 4/22/05 per warrant returned) Warrant issued as to defendant Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 4/21/2005. (JAE, ) Modified on 4/25/2005 to unseal document (KBJ, ). (Entered: 04/21/2005) |
| 04/21/2005 | ❂ | *SEALED* ARREST WARRANT ISSUED in case as to defendant Hector Romero Gutierrez. Signed by Deputy Clerk on 4/21/2005. (JAE, ) (Entered: 04/21/2005) |
| 04/22/2005 | ❂76 | ARREST WARRANT RETURNED EXECUTED on 4/22/05 in case as to defendant Hector Romero Gutierrez. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (KBJ) (Entered: 04/25/2005) |
| 04/22/2005 | ❂ | NOTICE of Docket Text Modification by Deputy Clerk regarding - 75 PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE - (Filed under seal on 4/21/05 and unsealed on 4/22/05 per warrant returned) Warrant issued as to defendant Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 4/21/2005. (JAE, ) Modified on 4/25/2005 to unseal document (KBJ). (Entered: 04/25/2005) |
| 04/22/2005 | | (Court only) ***Arrest on 4/22/05 as to defendant(s) Hector Romero Gutierrez (TJS, ) (Entered: 04/28/2005) |

| | | |
|---|---|---|
| 04/27/2005 | ●77 | Minute Entry for proceedings held on 4/27/2005 before Magistrate Judge F. A. Gossett as to defendant Hector Romero Gutierrez. Bond Hearing - Initial Appearance on Petition for Action on Conditions of Pretrial Release <u>75</u> . Detention Hearing/Disposition Hearing held. Defendant admits allegations. Petition for Action on Conditions of Pretrial Release is held in abeyance pending release to The Arch when a bed becomes available. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of Court. Written order to be issued. Appearance for Plaintiff: Kimberly C. Bunjer;Defendant: Michael T. Levy, CJA; Interpreter; no; Courtroom Deputy: Marian Lea Frahm; Court Reporter: Digital Recorder; Time Commenced: 3:01 p.m. Time Concluded: 3:07 p.m. Time in Court: 6 minutes. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 04/28/2005) |
| 05/03/2005 | ●78 | Minute Entry for proceedings held on 5/3/2005 before Magistrate Judge F. A. Gossett as to defendant Hector Romero Gutierrez. Bond Hearing - RE: Petition for Action on Conditions of Pretrial Release <u>75</u> . The Petition for Action on Conditions of Pretrial Release is granted. Defendant released on bond.Written order to be issued. Appearance for Plaintiff: Kimberly C. Bunjer;Defendant: Michael T. Levy, CJA; Interpreter; no; Courtroom Deputy: Marian Lea Frahm; Court Reporter: Digital Recorder; Time Commenced: 9:13 a.m. Time Concluded: 9:20 a.m. Time in Court: 7 minutes. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 05/03/2005) |
| 05/03/2005 | ●<u>79</u> | ORDER granting <u>75</u> Petition regarding Conditions of Pretrial Release as to Hector Romero Gutierrez (1). The 2/3/05 Order Setting Conditions of Release <u>65</u> is modified to include participation in The Arch. Signed by Magistrate Judge F. A. Gossett on 5/3/2005. (JSF) (Entered: 05/03/2005) |
| 05/03/2005 | ●<u>80</u> | ORDER SETTING CONDITIONS OF RELEASE. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO C OUNSEL OF RECORD AND THE COURT. as to defendant Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 5/3/2005. (MKR, ) (Entered: 05/04/2005) |
| 05/27/2005 | ● | ORAL MOTION with withdraw the Motion to Traverse Affidavit in Support of Warrant and to Suppress Evidence <u>27</u> by Attorney Nicholas F. Reyes as to defendant Jose Luis Bravo-Lopez. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 05/27/2005) |
| 05/27/2005 | ●81 | Minute Entry for proceedings held on 5/27/2005 before Magistrate Judge F. A. Gossett as to defendant Jose Luis Bravo-Lopez. Motion Hearing on: Motion to Traverse Affidavit in Support of Warrant and to Suppress Evidence <u>27</u> .Defendant's oral motion to withdraw motion - granted. Case to be set for trial. Appearance for Plaintiff: Kimberly C. Bunjer; Defendant: Nicholas Reyes, retained; Courtroom Deputy: Marian Lea Frahm; Court Reporter: Digital Recorder; Interpreter: Chandler |

| | | |
|---|---|---|
| | | Thompson, remote; Time Commenced: 9:35 a.m. Time Concluded: 9:39 a.m. Time in Court: 4 minutes. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 05/27/2005) |
| 05/27/2005 | ◉82 | ORDER scheduling Change of Plea Hearing on 7/8/2005 09:00 AM in Courtroom 3 (Omaha) before Chief Judge Joseph F. Bataillonas to defendant(s) Jose Luis Bravo-Lopez. Signed by Judge Joseph F. Bataillon on 5/27/2005. (SMS, ) (Entered: 05/27/2005) |
| 05/27/2005 | ◉83 | TRIAL ORDER as to defendant Hector Romero Gutierrez - Jury Trial set for 6/27/2005 at 08:30 AM before Chief Judge Joseph F. Bataillon. Signed by Magistrate Judge Thomas D. Thalken on 5/27/2005. (PAV, ) (Entered: 05/27/2005) |
| 06/08/2005 | ◉84 | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE - warrant issued as to defendant Hector Romero Gutierrez. Signed by Magistrate Judge F. A. Gossett on 6/8/2005. (DKM, ) Unsealed on 6/13/2005 per FG3's chambers that defendant has been arrested (JSF). (Entered: 06/08/2005) |
| 06/08/2005 | ◉ | *SEALED* ARREST WARRANT ISSUED in case as to defendant Hector Romero Gutierrez. (DKM, ) (Entered: 06/08/2005) |
| 06/09/2005 | ◉85 | ORDER scheduling Change of Plea Hearing on 7/14/2005 02:00 PM in Courtroom 3 (Omaha) before Chief Judge Joseph F. Bataillon; time between 6/27/2005 and 7/14/2005 is excluded in the interest of justiceas to defendant(s) Hector Romero Gutierrez. Signed by Judge Joseph F. Bataillon on 6/9/2005. (SMS, ) (Entered: 06/09/2005) |
| 06/10/2005 | | (Court only) ***Arrest on 6/10/05 as to defendant Hector Romero Gutierrez (MKR, ) (Entered: 06/13/2005) |
| 06/13/2005 | ◉ | NOTICE of Docket Text Modification by Deputy Clerk regarding SEALED PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE 84 ; Unsealed on 6/13/2005 per FG3's chambers that defendant has been arrested (JSF) (Entered: 06/13/2005) |
| 06/13/2005 | ◉86 | ARREST WARRANT RETURNED EXECUTED on 6/10/05 in case as to defendant Hector Romero Gutierrez. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (MKR, ) (Entered: 06/13/2005) |
| 06/13/2005 | ◉87 | PETITION to enter plea of guilty as to defendant Hector Romero Gutierrez (MKR, ) (Entered: 06/13/2005) |
| 06/13/2005 | ◉88 | PLEA AGREEMENT as to defendant Hector Romero Gutierrez (MKR, ) (Entered: 06/13/2005) |
| 06/16/2005 | ◉89 | Minute entry for proceedings held in Omaha on 06/16/2005 before Magistrate Judge Thomas D. Thalken as to defendant Hector Romero Gutierrez. Initial appearance on Petition for Action on Conditions of Pretrial Release 84 . Defendant admits allegations. Court takes judicial |

| | | |
|---|---|---|
| | | notice of U.S. Pretrial Services report. Government's motion for detention is granted. Petition for Action on Conditions of Pretrial Release is granted.Defendant remanded to the custody of the U.S. Marshal.Order to be issued.Appearance for plaintiff: Kimberly C. Bunjer. Appearance for defendant: Michael T. Levy, CJA. Interpreter: NO. Courtroom Deputy: Mary Beth Baker. Court Reporter: Digital Recorder. Time Commenced: 8:58 a.m. Time Concluded: 9:02 a.m. Time in Court: 4 minutes. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MBB) (Entered: 06/16/2005) |
| 06/16/2005 | ●90 | ORDER - The Petition For Action on Conditions of Pretrial Release 84 is granted, and the Order Setting Conditions of Release 80 is hereby revoked. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonableopportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the US Marshal for the purpose of an appearance in connection with a court proceedingas to defendant Hector Romero Gutierrez. Signed by Magistrate Judge Thomas D. Thalken on 6/16/2005.(KBJ)- (cc to USM) (Entered: 06/16/2005) |
| 06/16/2005 | | (Court only) ***Excludable XE stopped as to defendant Hector Romero Gutierrez (KBJ) (Entered: 06/16/2005) |
| 07/07/2005 | ●91 | ORDER rescheduling Change of Plea Hearing to 7/27/2005 11:00 AM in Courtroom 3 (Omaha) before Chief Judge Joseph F. Bataillon; time between 7/8/2005 and 7/27/2005 is excluded in the interest of justice. Signed by Judge Joseph F. Bataillon on 7/7/2005. (SMS, ) (Entered: 07/07/2005) |
| 07/14/2005 | ●92 | Minute Entry for proceedings held before Judge Joseph F. Bataillon as to defendant(s) Hector Romero Gutierrez.Plea Hearing held on 7/14/2005. Defendant enters plea of guilty to count I of the Indictment. Plea accepted; Plea Agreement not approved at this time, pending review of Presentence Investigation; Presentence Investigation requested; Sentencing scheduled for 10/14/05 at 10:00 a.m. Defendant remanded to the custody of the U.S. Marshal. Hearing held in Omaha. Courtroom Deputy: Tracy Slagle. Reporter: Rogene Schroder. Appearance for Plaintiff: John Higgins for Kimberly Bunjer; For Defendant: Michael Levy, CJA. Time in court: 25 minutes. Interpreter Used: no;THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (TJS) (Entered: 07/14/2005) |
| 07/14/2005 | ●93 | ORDER ON SENTENCING SCHEDULE - Sentencing set for 10/14/2005 at 10:00 AM before Chief Judge Joseph F. Bataillon as to defendants Hector Romero Gutierrez. Signed by Judge Joseph F. Bataillon on 7/14/2005. (TJS) (Entered: 07/20/2005) |
| 07/27/2005 | ●94 | Minute Entry for proceedings held before Judge Joseph F. Bataillon as to |

| | | |
|---|---|---|
| | | defendant Jose Luis Bravo-Lopez. Plea Hearing held on 7/27/2005. Defendant pleads guilty to counts I and III of the Inidictment. Plea accepted; Plea Agreement not approved at this time, pending review of Presentence Investigation; Presentence Investigation requested; Sentencing is scheduled for 10/27/05 at 2:00 p.m. Defendant remanded to the custody of the U.S. Marshal. Hearing held in Omaha. Courtroom Deputy: Tracy Slagle. Reporter: Allan Kuhlman. Appearance for Plaintiff: Kimberly Bunjer; For Defendant: Nicholas Reyes, Retained. Time Start: 40 minutes Interpreter Used: yes;Interpreter: Kathleen Morris;Language: Spanish;Remote or Live: Remote.THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (TJS) (Entered: 07/27/2005) |
| 07/27/2005 | ●95 | ORDER ON SENTENCING SCHEDULE - Sentencing set for 10/27/2005 at 02:00 PM before Chief Judge Joseph F. Bataillon as to defendant Jose Luis Bravo-Lopez . Signed by Judge Joseph F. Bataillon on 7/27/2005. (TJS) (Entered: 07/27/2005) |
| 07/27/2005 | ●96 | PETITION to enter plea of guilty as to defendant Jose Luis Bravo-Lopez (TJS ) (Entered: 07/27/2005) |
| 07/27/2005 | ●97 | PLEA AGREEMENT as to defendant Jose Luis Bravo-Lopez (TJS ) (Entered: 07/27/2005) |
| 08/01/2005 | ●98 | MOTION for Preliminary Forfeiture by Attorney Nancy A. Svoboda as to defendant(s) Jose Luis Bravo-Lopez. (Svoboda, Nancy) (Entered: 08/01/2005) |
| 08/01/2005 | ●99 | PRELIMINARY ORDER OF FORFEITURE - The United State's Motion for Preliminary Order of Forfeiture 98 is sustained. Based upon Count III of the Indictment and the Defendant's plea of guilty, the US Marshal for the District of Nebraska is hereby authorized to seize the following described property: $37,300.00 in US currency. The Defendant's interest in said property is hereby forfeited for disposition in accordance with the law. The aforementioned property shall be held in the custody and control of the US Marshal. Upon adjudication of all third-party interests, this court will enter a Final Order of Forfeiture in which all interests will be addressed as to Jose Luis Bravo-Lopez. Signed by Judge Joseph F. Bataillon on 8/1/2005. - (cc to USM) (KBJ) (Entered: 08/02/2005) |
| 10/06/2005 | ●100 | STATEMENT REGARDING PRESENTENCE REPORT by Attorney Kimberly C. Bunjeras to defendant(s) Hector Romero Gutierrez (Bunjer, Kimberly) (Entered: 10/06/2005) |
| 10/12/2005 | ●101 | STATEMENT REGARDING PRESENTENCE REPORT by Attorney Kimberly C. Bunjeras to defendant(s) Jose Luis Bravo-Lopez (Bunjer, Kimberly) (Entered: 10/12/2005) |
| 10/14/2005 | ●102 | MOTION for Downward Departure by Attorney Kimberly C. Bunjer as to defendant(s) Hector Romero Gutierrez. (Bunjer, Kimberly) (Entered: 10/14/2005) |

| | | |
|---|---|---|
| 10/14/2005 | ❶103 | Minute Entry for proceedings held before Judge Joseph F. Bataillon as to defendant Hector Romero Gutierrez.Sentencing held on 10/14/2005.; Plea and Plea Agreement Accepted; Government's motion for downward departure 102 is granted. Defendant is sentenced to: the Bureau of Prisons for a term of 30 months; Supervised release for a term of 3 years. Special assessment in the amount of $100.00. Defendant remanded to the custody of the U.S. Marshal. Hearing held in Omaha. Courtroom Deputy: Tracy Slagle. Reporter: Allan Kuhlman. Appearance for Plaintiff: Kimberly Bunjer; For Defendant: Michael Levy, CJA. Timein court: 15 minutes Interpreter Used: no;THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (TJS, ) (Entered: 10/14/2005) |
| 10/14/2005 | ❶104 | *SEALED* PRESENCE INVESTIGATION REPORT as to defendant(s) Hector Romero Gutierrez (Lincoln, Kimberly) (Entered: 10/14/2005) |
| 10/14/2005 | ❶105 | *SEALED* SENTENCING RECOMMENDATIONS as to defendant(s) Hector Romero Gutierrez (Lincoln, Kimberly) (Entered: 10/14/2005) |
| 10/14/2005 | ❶106 | JUDGMENT as to Hector Romero Gutierrez (1), Count(s) 1, Defendant plead guilty to count I of the Indictment and is sentenced to 30 months in the Bureau of Prisons followed by 3 years of supervised release; $100 special assessment; defendant remanded to the custody of the US Marshal as to defendant(s) Hector Romero Gutierrez. Signed by Judge Joseph F. Bataillon on 10/14/2005. (4 certified copies to the USM) (PCV, ) (Entered: 10/14/2005) |
| 10/14/2005 | ❶107 | *SEALED* SEALED STATEMENT OF REASONS for sentence regarding Judgment, 106 as to defendant(s) Hector Romero Gutierrez . Signed by Judge Joseph F. Bataillon on 10/14/2005. (copies to AUSA and defendant counsel) (PCV, ) (Entered: 10/14/2005) |
| 10/27/2005 | ❶108 | Minute Entry for proceedings held before Judge Joseph F. Bataillon as to defendant Jose Luis Bravo-Lopez.Sentencing held on 10/27/2005; Plea Agreement Accepted; Defendant is sentenced to: the Bureau of Prisons for a term of 87 months; Supervised release for a term of 5 years. Special assessment in the amount of $100.00. Defendant remanded to the custody of the U.S. Marshal. Hearing held in Omaha. Courtroom Deputy: Tracy Slagle. Reporter: Sue DeVetter. Appearance for Plaintiff: Kimberly C. Bunjer; For Defendant: Nicholas F. Reyes, Retained. Time in court: 20 minutes. Interpreter Used: yes;Interpreter: Sharon Ruiz;Language: Spanish;Remote or Live: Remote.THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (TJS) (Entered: 10/28/2005) |
| 10/28/2005 | ❶109 | *SEALED* PRESENCE INVESTIGATION REPORT as to defendant(s) Jose Luis Bravo-Lopez (Pursley, Ronald) (Entered: 10/28/2005) |
| 10/28/2005 | ❶110 | *SEALED* SENTENCING RECOMMENDATIONS as to defendant(s) Jose Luis Bravo-Lopez (Pursley, Ronald) (Entered: 10/28/2005) |

| 10/31/2005 | ●111 | JUDGMENT as to Jose Luis Bravo-Lopez (2): Defendant pleaded guilty to Counts I and III of the Indictment and is committed to the custody of the Bureau of Prisons for a term of 87 months; 5 years supervised release with special conditions; $100.00 special assessment. Count II of the Indictment is dismissed on the motion of the United States as to this defendant only, as to defendant Jose Luis Bravo-Lopez. Signed by Judge Joseph F. Bataillon on 10/31/2005. 4 certified copies USM (JAE, ) (Entered: 10/31/2005) |
| 10/31/2005 | | (Court only) ***Setting CLOSED Flags as to defendants Hector Romero Gutierrez, Jose Luis Bravo-Lopez. Exhibit Deadline set for 11/15/2005. (JAE, ) (Entered: 10/31/2005) |
| 10/31/2005 | ●112 | *SEALED* STATEMENT OF REASONS for sentence regarding Judgment 111 as to defendant Jose Luis Bravo-Lopez. Signed by Judge Joseph F. Bataillon on 10/31/2005. Copy USA, counsel for dft (JAE, ) (Entered: 10/31/2005) |
| 12/13/2005 | ●113 | Judgment Returned Executed as to defendant Hector Romero Gutierrez (KBJ) (Entered: 12/13/2005) |
| 02/09/2006 | ●114 | Judgment Returned Executed as to defendant Jose Luis Bravo-Lopez (JAE, ) (Entered: 02/09/2006) |
| 05/24/2007 | ●115 | ORDER This matter is before the Court upon the Court's own motion:IT IS HEREBY ORDERED that government's exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition as to defendant(s) Hector Romero Gutierrez, Jose Luis Bravo-Lopez Ordered by Judge Joseph F. Bataillon.(PCV, ) (Entered: 05/25/2007) |
| 05/30/2007 | ●116 | ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYEDas to defendant Hector Romero Gutierrez. Ordered by Judge Joseph F. Bataillon.(CJP) (Entered: 05/30/2007) |
| 06/05/2007 | ●117 | EXHIBIT RECEIPT as to defendant Jose Luis Bravo-Lopez. (CJP) (Entered: 06/06/2007) |
| 07/17/2007 | ●118 | EXHIBIT RECEIPT of government's criminal exhibits as to defendant Jose Luis Bravo-Lopez. (CJP) (Entered: 07/18/2007) |
| 08/17/2007 | ● | TEXT ENTRY THAT DEFENDANT'S EXHIBITS destroyed on 8/17/07 by Clerk of Court as to defendant Hector Romero Gutierrez. (CJP) (Entered: 08/17/2007) |
| 09/12/2007 | ●119 | MOTION *to Destroy or Otherwise Dispose of Returned Exhibits* by Attorney Kimberly C. Bunjer as to defendant(s) Hector Romero Gutierrez, Jose Luis Bravo-Lopez. (Bunjer, Kimberly) (Entered: 09/12/2007) |
| 09/12/2007 | ● | (Court only) ***Motion No Longer Referred MOTION 119 as to defendants Hector Romero Gutierrez, Jose Luis Bravo-Lopez. (MLF, ) (Entered: 09/12/2007) |

| 09/13/2007 | 120 | ORDER - The Government's Motion to destroy or otherwise dispose of returned exhibits 119 is granted as to defendant Hector Romero Gutierrez. Ordered by Judge Joseph F. Bataillon. (KBJ) (Entered: 09/13/2007) |
| 12/04/2007 | 121 | Judgment Returned Executed as to defendant Jose Luis Bravo-Lopez (TJS ) (Entered: 12/04/2007) |
| 01/24/2008 | 122 | PETITION FOR OFFENDER UNDER SUPERVISION as to defendant (s) Hector Romero Gutierrez Ordered by Chief Judge Joseph F. Bataillon. (PCV, ) (Entered: 01/24/2008) |
| 01/24/2008 | 123 | *SEALED* ARREST WARRANT ISSUED (COPY) in case as to defendant(s) Hector Romero Gutierrez. (PCV, ) (Entered: 01/24/2008) |
| 03/18/2008 | 124 | Probation Jurisdiction Transferred to Southern District of California as to Hector Romero Gutierrez. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet as to defendant Hector Romero Gutierrez. Ordered by Chief Judge Joseph F. Bataillon.(ADB ) (Entered: 03/19/2008) |
| 03/24/2008 | 125 | Transmittal Letter to USDC-Southern California enclosing certified copies of Indictment 1 , Judgment 106 , Transfer Out/Probationer Order 124 , and docket sheet as to defendant Hector Romero Gutierrez. (ADB) (Entered: 03/24/2008) |